IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 18-30062-MJR |
| vs. ) | |
| ) | Title 18 United States Code §1951(a), |
| ) | |
| ERNESTINE FIELDS ) | |
| ) | |
| Defendant. ) | |

**FILED**

**APR 0 3 2018**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
**Interference with Commerce by Robbery**

1. On or about December 17, 2017, in Marion County, within the Southern District of Illinois,

**ERNESTINE FIELDS,**

Defendant herein, and others known to the grand jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that:

(a) FIELDS, and others known and unknown to the grand jury, did unlawfully take and obtain personal property consisting of United States currency proceeds of Hunan House business activities, from the person and presence of the employee of Hunan House, against her will by means of actual and threatened force, violence, and fear of injury to her person while a dangerous weapon was brandished.

(b) At all times material to this Indictment, Hunan House was engaged in selling foodstuffs, and other products to customers after obtaining their products from vendors and distribution centers outside of the state of Illinois and engaged in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 1951.

## COUNT 2
### Interference with Commerce by Robbery

2. On or about December 17, 2017, in Marion County, within the Southern District of Illinois,

**ERNESTINE FIELDS,**

Defendant herein, and others both known and unknown to the grand jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that:

(c) FIELDS and others known and unknown to the grand jury, did unlawfully take and obtain personal property consisting of United States currency proceeds of Lincoln Liquor business activities, from the person and presence of the employee of Lincoln Liquor, against his will by means of actual and threatened force, violence, and fear of injury to his person while a dangerous weapon was brandished.

(d) At all times material to this Indictment, Lincoln Liquor was engaged in selling goods, foodstuffs, and other products to customers after obtaining their products from vendors and distribution centers outside of the state of Illinois and engaged in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 1951.

A TRUE BILL,

FOREPERSON

JENNIFER HUDSON
Assistant United States Attorney

DONALD S. BOYCE
United States Attorney

Recommended Bond: 5,000 signature bond