# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-cr-30062-02-MJR |
| ) | |
| ERNESTINE FIELDS, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER
## ADOPTING REPORT & RECOMMENDATION AND
## ACCEPTING DEFENDANT'S GUILTY PLEA

REAGAN, Chief Judge:

On August 6, 2018, the parties appeared before the Honorable Stephen C. Williams, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of the parties and following a thorough colloquy, Defendant Fields (one of two Defendants named in the indictment in this case) entered a guilty plea to Counts 3 and 4 of the superseding indictment – charging interference with commerce by robbery.

By Report and Recommendation docketed August 6, 2018 (Doc. 46), Judge Williams recommends that the undersigned District Judge accept Defendant Fields' guilty plea, find Fields guilty, direct the United States Probation Office to prepare a presentence investigation report, and schedule sentencing herein. The parties were given an opportunity to object to the Report and Recommendation. That deadline elapsed without any party filing objections or seeking additional time in which to do so.

Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 46), **ACCEPTS** Defendant Fields' guilty plea, and **ADJUDGES** Defendant Fields guilty of the offenses set forth in the indictment to which Defendant Fields pled guilty. The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report. The Court **CONFIRMS that SENTENCING** shall proceed at **11:00 a.m. on November 2, 2018.**

Finally, the Court notes that Defendant Brumfield remains set for trial on **September 17, 2018**.

IT IS SO ORDERED.

DATED: August 24, 2018

*s/ Michael J. Reagan*
MICHAEL J. REAGAN
United States District Court